# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**FILED JUN 27 2016**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Daniel Vazcones | Docket or Case No.: 13-cr-3309MMA |
| Place of Confinement: USP Hazelton | Prisoner No.: 40508-298 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| United States v. | Daniel Vazcones |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    United States District Court, Southern District of CA., 333 West Broadway, Suite 4290, San Diego CA 92101

    (b) Criminal docket or case number (if you know): 13-cr-3309 MMA

2. (a) Date of the judgment of conviction (if you know): unknown

    (b) Date of sentencing: March 23, 2015

3. Length of sentence: 20 yrs (Career Offender, 4B1.1)

4. Nature of crime (all counts): 1) 21 U.S.C. §841(a)(1); 2) 21 U.S.C. §841(a)(1)

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

    N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☒

9. If you did appeal, answer the following:

   (a) Name of court:

   (b) Docket or case number (if you know):

   (c) Result:                               N/A

   (d) Date of result (if you know):

   (e) Citation to the case (if you know):

   (f) Grounds raised:




   ( ) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know):

   (2) Result:
                                             N/A

   (3) Date of result (if you know):

   (4) Citation to the case (if you know):

   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):       N/A

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result:

N/A

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):     N/A

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result:

N/A

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:        Yes ☐   No ☐

    (2) Second petition:   Yes ☐   No ☐     N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** United States v. Johnson, 135 S.Ct. 2551 applies to domestic battery, and therefore, prior domestic battery not qulifiable for career offender

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was enhneced under the Career Offender provision of U.S.S.G. §4B1.1 for domestic battery. Due to the decision in Johnson, domestic battery no longer qualifies as a "crime of violence" for Career Offender purposes.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

No Direct Appeal taken

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:             N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐                       N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

---

**GROUND TWO:**    Prior drug convictions no longer "felony drug convictions" for purposes of Career Offender

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Due to California Proposition 47, the prior drug convictions used to enhance for Career Offender purposes are no longer "felony drug convictions" because California Prop. 47 retroactively lowered the statuts of those prior drug convictions. Therefore, Petitioner no longer qualifies as a Career Offender

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐          N/A/

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:          N/A/

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐          N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐          N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐          N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND THREE:** Government committed constructive ammendment of the indictment when adding a violation of §924(c) to counts of the indictment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The government impermissibly amended the indictment when it added a violation of §924(c) to the idictment just before Petitioner pleaded guilty. Without a Grand Jury assesment of the proposed charges, the government has not power to charge a violation not agreed upon by the Grand Jury, and the court has no jurisdiction to enforce a sentence for a violation not properly charged in the indictment.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐                            N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:                N/A

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


N/A


**GROUND FOUR:** trial counsel was ineffective

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial counsel rendered ineffective assistance of counsel when advising Petitioenr to plead guilty where he failed to inform Petitioner that the government amended the indictment when adding the charge for §924(c)

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Petitoiner has not presented any of the issue herein in any other petition because 1) Johnson and California Prop. 47 were no previously available, and 2) jurisdictionis a non-waivalble issue, and therefore the court's lack of jurisdiction on the 924(c) charge can be brought at any time. Now that the two new constitutional rules have been made retroactive on collateral review this jurisdiction issue is well within the preview of the two new rules

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

N/A

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:           N/A

(e) On appeal:

(f) In any post-conviction proceeding:     N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This Petition is being submitted within one year of the decision in <u>Jonhnson v. United States</u>, 135 S.Ct. 2551, and California Prop. 47, and therefore, this petition is timely.

Petitioner reserves the right to supplement this application with a memorandum of law in support thereof, and make whatever amendments that apply to the issues presented.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

  Vacate, set-aside, or correct sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on **June 24, 2016** (date).

*Daniel Vazcones*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Vazcones 40508-298
States Penitentiary Hazelton
ox 2000
on Mills WV 26525

Clerk of Court
United States District Court
Southern District of California
333 West Broadway, Suite 4290
San Diego, CA 92101



Legal Mail