**FILED**

Jul 12 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _s/ carolinal_ DEPUTY

NUNC PRO TUNC
7/6/2016

June 21, 2016

DANIEL VAZCONES
USP HAZELTON
BK# 40508-298

13CR3309-MMA

DEAR HONORABLE JUDGE,

I AM WRITING TO RESPECTFULLY REQUEST THAT THE COURT RECONSIDER ITS DECISION ON THE APPEAL 2255 MOTION TO REDUCE SENTENCE RECENTLY FILED ON 3/30/2016

UNFORTUNATELY I DID NOT ANSWER QUESTION (# 12) ON THE DOCUMENTS WHICH IS ASKING AS FOLLOWS FOR THIS MOTION STATE EVERY GROUND ON WHICH I DANIEL VAZCONES CLAIM THAT MY
① CONSTITUTIONAL RIGHTS WHERE VIOLATED
② CONFLICT OF INTEREST.

BASED UPON THE FOREGOING I WAS WONDERING IF THE COURT WOULD PLEASE REVIEW MY DOCUMENTS AND CONSIDER A MOTION TO RESTORE THIS MATTER TO THE COURTS CALENDAR.

I LOOK FOWARD TO HEARING FROM THE COURT.

RESPECTFULLY YOURS,

DANIEL VAZCONES

```
              EL CAJON
        401 W LEXINGTON AVE
             EL CAJON
                CA
             920209998
             0523820020
03/30/2016    (800)275-8777   9:11 AM

Product           Sale        Final
Description       Qty         Price

PM 1-Day           1          $6.45
   (Domestic)
   (SAN DIEGO, CA  92101)
   (Weight:0 Lb 7.40 Oz)
   (Expected Delivery Day)
   (Thursday 03/31/2016)
   (USPS Tracking #)
   (9505 5154 6501 6090 0023 62)
Insurance          1          $0.00
   (Up to $50.00 included)

Total                         $6.45

Cash                         $10.00
Change                       ($3.55)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


***************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
***************************************
```



**PRIORITY MAIL**
POSTAGE REQUIRED

Retail

**US POSTAGE PAID**
**$6.45**

Origin: 92020
Destination: 92101
0 Lb 7.40 Oz
Mar 30, 16
0823630020-22

1006

**PRIORITY MAIL ®1-Day**

Expected Delivery Day: 03/31/2016    C037

**USPS TRACKING NUMBER**

9505 5154 6501 6090 0023 62

P S00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES**
**POSTAL SERVICE.**

FROM: SUSANNA VAZCONES
530 Graves Ave Apt 1
EL CAJON, CA 92020
(Re: DANIEL VAZCONES) BK 4050298
TO: CASE# 13CR3309
ATT: CLERKS OFFICE - FEDERAL BUIl
333 WEST BROADWAY STE 420
SAN DIEGO, CA 92101
(2ND X MAILED) 1/2016

Intake

MAR 3 1 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Daniel Vazcones, Reg #40508298 | USA |
| | 16-cv-805-MMA |

(b) (EXCEPT IN U.S. PLAINTIFF CASES) / (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)
U.S. PENITENTIARY-USP Hazelton
1640 Sky View Drive
Bruceton Mills, WV 26525

Attorneys (If Known)

U.S. Attorney

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

(U.S. Government Not a Party)

X (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| | | | | PROPERTY RIGHTS | |
| | | | LABOR | SOCIAL SECURITY | |
| | | PERSONAL PROPERTY | | | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | |
| | | Habeas Corpus: | | | |
| | | Other: | IMMIGRATION | | |

## V. ORIGIN (Place an "X" in One Box Only)

## VI. CAUSE OF ACTION
28 U.S.C. 2255

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION · DEMAND $ · JURY DEMAND:

## VIII. RELATED CASE(S) IF ANY (See instructions):

03/31/2016 · V. Mosqueda, Case Administrator

FOR OFFICE USE ONLY

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**

I.(a)  Plaintiffs-Defendants.

(b)  County of Residence.

(c)  Attorneys.

II.  Jurisdiction.

NOTE: federal question actions take precedence over diversity cases.

III.  Residence (citizenship) of Principal Parties.

IV.  Nature of Suit.

V.  Origin.

VI.  Cause of Action. statutes unless diversity. Do not cite jurisdictional

VII.  Requested in Complaint.

VIII.  Related Cases.

Date and Attorney Signature.

AO 243 (Rev. 01/15)                                                              Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**FILED**

MAR 31 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States District Court | District |
|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| JANIEL VAZCONES | 3-13-CR-03309.MMA1 |

| Place of Confinement: | Prisoner No.: |
|---|---|
| USP HAZELTON | 40508-298 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| v. | VAZCONES |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:
    U.S DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
    EDWARD J. SCHWARTZ U.S COURT HOUSE.
    221 WEST BROADWAY
    SAN DIEGO CA. 92101

    (b) Criminal docket or case number (if you know): _____

2.  (a) Date of the judgment of conviction (if you know): _____
    (b) Date of sentencing: 3·23·2015

3.  Length of sentence: _____

4.  Nature of crime (all counts): COUNT #1
    DID KNOWINGLY AND INTENTIONALLY DISTRIBUTE.
    COUNT #2
    DID KNOWINGLY AND INTENTIONALLY POSSESS
    WITH THE INTENT TO DISTRIBUTE.

    _____

5.  (a) What was your plea? (Check one)
    (1) Not guilty ☐      (2) Guilty ☒      (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)      Jury ☐      Judge only ☒

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐      No ☒

8.  Did you appeal from the judgment of conviction?      Yes ☐      No ☒

AO 243 (Rev. 01/15)                                                                                              Page 3

9.  If you did appeal, answer the following:
    (a) Name of court:
    (b) Docket or case number (if you know): _____ _____
    (c) Result: _____ _____
    (d) Date of result (if you know):
    (e) Citation to the case (if you know): _____ _____ _____
    (f) Grounds raised:




    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐          No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____ _____
        (2) Result: _____ _____

        (3) Date of result (if you know): _____ _____
        (4) Citation to the case (if you know): _____ _____
        (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgement of conviction in any court?
    Yes ☐      No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding:
        (5) Grounds raised: _____

AO 243 (Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐   No ☒
(7) Result: _____
(8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: _____
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised:




(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐   No ☒
(7) Result: _____
(8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:    Yes ☐   No ☐
(2) Second petition:   Yes ☐   No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

( VIOLATED MY CONSTITUTIONAL RIGHTS

CONFLICT OF INTEREST )

AO 243 (Rev. 01 15)                                                                                          Page 5

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground One:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☒
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒
    (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____
    Date of the court's decision: _____
    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☒
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☒
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☒

AO 243 (Rev. 01 15)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

AO 243 (Rev. 01 15)

**(h) Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:


**(c) Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐    No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


   (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐    No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐    No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

       Yes ☐    No ☒


   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Case 3:13-cr-03309-MMA   Document 54   Filed 03/31/16   Page 9 of 13

AO 243 (Rev. 01/15)                                                                                      Page 10

(3)  Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:



_____

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:



_____

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

KRIS J KRAUS

(b) At the arraignment and plea:

KRIS J KRAUS

(c) At the trial:

KRIS J KRAUS

(d) At sentencing:

KRIS J KRAUS

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐    No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.°

AO 243 (Rev. 01 15)

---

<sup>a</sup> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
from the latest of –
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of
the Constitution or laws of the United States is removed, if the movant was prevented from making such a
motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has
been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered
through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

_____

or any other relief to which movant may be entitled.



                                    _____
                                    Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ____1_/_8_/_16_____.
                                                                    (month, date, year)


Executed (signed) on _____ (date)


                                    _Daniel Vazquez____
                                    Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

SUSANNA VAZQUES
530 GRAVES AVE APT 1
EL CAJON CA 92020

(RE: DANIEL VAZQUES)
4050 87948

"3X mailed"

RECEIVED

UNITED STATES (SOUTHERN DISTR)
OFFICE OF THE CLERK
333 WEST BROADWAY SUITE
SAN DIEGO CA 92101



U.S. POSTAGE
SAN DIEGO, CA
92113
JUL 08 22
AMOUNT
$1.57
R2306H127158-09
1000
92101