# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Michael M. Anello

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: February 23, 2021 |
|---|---|
| CASE NO. 13-cr-03309-MMA-1 | DOC FILED BY: Daniel Vazcones |
| CASE TITLE: USA v. Vazcones | |
| DOCUMENT ENTITLED: Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

CrimLR 1.1(e)(5) - Improper format

CrimLR 1.1(e)(27) - Ex parte communication is prohibited.

If Defendant wishes to seek relief pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, he must do so via a properly supported motion. Defendant is further advised that there is no right to counsel in section 3582(c) proceedings, s*ee United States v. Townsend*, 98 F.3d 510, 512–13 (9th Cir. 1996).

Date Forwarded: February 25, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

**IT IS SO ORDERED.**
DATE: February 26, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge