**ARMILLA STALEY-NGOMO**
California State Bar No. 259686
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Armilla_Staley-Ngomo@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  13CR03309-MMA-1 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ATTORNEY APPEARANCE |
| DANIEL VAZCONES, | |
| Defendant. | |

Pursuant to General Order 692-B regarding District Protocol for Processing applications Under the First Step Act, Armilla Staley-Ngomo, Federal Defenders of San Diego, Inc., hereby gives notice that she is counsel who is reviewing/evaluating the above-captioned case.

Respectfully submitted,

Dated:  March 20, 2025

*s/ Armilla Staley-Ngomo*
Federal Defenders of San Diego, Inc.
Email:  Armilla_Staley-Ngomo@fd.org